UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 4:22-CR-114 |
| ) | |
| DENNIS RODRIGUEZ KINCHEN ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, the Court finds that the United States has furnished due and legal notice of the proceeding as required by Statute, and that all persons known to the United States to have a possible interest in the property, which consists of certain real property located at 2734 Peachtree Rd NW, Unit #C202, Atlanta, GA 30305 ("Peachtree Property"), and/or the proceeds from the sale of the Peachtree Property; and the Colony Bank CD #213026794 ("Colony CD") containing $297,336.69 at the time of seizure (collectively, the "Subject Property), have received direct notice and service of the Amended Preliminary Order of Forfeiture in this action.

Therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against $306,579.89 in proceeds from the sale of the Peachtree Property pursuant to 18 U.S.C. § 982(a)(1).

2. The Peachtree Property shall be dismissed without prejudice, and The United States shall remove the *lis pendens* currently filed on the property, leaving

Twyla Wilson's title free and clear. Because the property shall be dismissed without prejudice, the Court has not made any adjudication on the merits or as to the rightful owner of the property identified in this Paragraph.

3. The Colony CD shall be dismissed without prejudice, and the United States shall return the Colony CD to the custody of Colony Bank. Because the property shall be dismissed without prejudice, the Court has not made any adjudication on the merits or as to the rightful owner of the property identified in this Paragraph.

4. This Final Order of Forfeiture addresses all third-party petitions under Fed. R. Crim. P. 32.2(c)(2).

5. Petitioners shall not be entitled to receive any further payment from the United States as a result of this seizure.

6. The parties shall be responsible for payment of their own expenses, including attorney's fees, incurred by this proceeding, and any civil *in rem* proceeding.

7. This Court shall retain jurisdiction to enforce the terms of this Order pursuant to Fed. R. Crim. P. 32.2(e).

This \_\_\_\_6th\_\_\_\_ day of March, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA